IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| YLON BOOKER, as surviving son of<br>DONNA E. FREEMAN<br>925 Duck Pond Drive, Apt. 202<br>Virginia Beach, Virginia 23464<br><br>and<br><br>MYISHA HENRY, as surviving daughter of<br>DONNA E. FREEMAN<br>5000 Troy Road<br>Richmond, Virginia  23224<br><br>      Plaintiffs,<br><br>v.<br><br>RONALD E. JORDAN<br>514 Briar Place<br>Far Rockaway, New York 11691<br><br>      Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No.: _____ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**COMPLAINT**

COMES NOW the Plaintiffs, Ylon Booker, as surviving son of Donna E. Freeman and Myisha Henry, as surviving daughter of Donna E. Freeman, by and through their counsel, Steven H. Heisler, Esquire, Joshua M. Wolberg, Esquire and The Law Offices of Steven H. Heisler, sues Ronald E. Jordan (hereinafter "Jordan") and states as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over the subject matter and parties pursuant to 28 U.S.C. § 1332; as this case involves diversity of citizenship and the amount in controversy exceeds $75,000.

2. This Court has supplemental jurisdiction over the related state law claims pursuant to 28 U.S.C. § 1367(a) because those claims form part of the same case or controversy under Article III

of the United States Constitution. Plaintiff's state law claims share all common operative facts with his federal law claims, and the parties are identical. Resolving Plaintiff's federal and state claims in a single action serves the interests of judicial economy, convenience, consistency, and fairness to the parties.

3. Venue is proper in, and Defendants are subject to the personal jurisdiction of, this Court because Defendant(s) are citizens of different States. 28 U.S.C. § 1332(a)(1).

## PARTIES & VENUE

4. Plaintiff, Ylon Booker, as surviving son of Donna E. Freeman, is a resident of Virginia Beach City, Virginia.

5. Plaintiff, Myisha Henry, as surviving daughter of Donna E. Freeman, is a resident of Richmond City, Virginia.

6. Defendant, Ronald E. Jordan is a resident of Queens County, New York.

7. Venue is proper in the United Sates District Court for the District of Maryland due to diversity jurisdiction.

## FACTS COMMON TO ALL COUNTS

9. That on or about October 15, 2023, at approximately 5:40 a.m., Donna M. Freeman, was a passenger in a motor vehicle owned and operator by Defendant Jordan, traveling northbound on Interstate 95 in lane three at or near the Tydings Bridge, a public street or highway situated in Harford County Maryland.

10. At the same time, Defendant Jordan lost control of the vehicle in which he was operating and suddenly and without warning, collided into the right guardrail causing the vehicle to become disabled.

11. That as a that as a result of the occurrence, Donna M. Freeman sustained a fatal injuries resulting in her death on October 16, 2023.

## COUNT I
## WRONGFUL DEATH

12. Plaintiffs incorporate by reference all preceding paragraphs of this complaint as if fully set forth herein.

13. That Defendant Jordan owed a duty to Plaintiff Ylon Booker, as surviving son of Donna E. Freeman, as well as all other motorists, passengers and pedestrians on or off the roadways to operate his motor vehicle in a lawful, careful and prudent manner, with that degree of care then and there required under the circumstances as they existed, and to operate the vehicle with that degree of care and skill which a reasonable and prudent person would exercise.

14. As a direct and proximate result of Defendants negligence and breach of his duties owed to Donna M. Freeman, and for which Donna M. Freeman would have been able to maintain an action against Defendant and recover damages had she lived, Donna M. Freeman sustained a fatal injury resulting in her death on October 16, 2023.

15. As a direct and proximate result of Defendants negligence in causing the death of Donna M. Freeman, Plaintiff Ylon Booker, as surviving son of Donna E. Freeman, sustained pecuniary loss, mental anguish, emotional pain and suffering, loss of society, loss of companionship, loss of comfort, loss of protection, loss of marital care, loss of attention, loss of advice, loss of counsel, loss of guidance and loss of education.

16. That all of Plaintiffs injuries, losses and damages, past, present and prospective, are due to and by reason of the negligence of Defendant, Ronald E. Jordan, with no lack of due care or negligence on the part of Plaintiff contributing thereto directly or indirectly.

WHEREFORE, the Plaintiff, Ylon Booker, as surviving son of Donna E. Freeman, prays that judgment be entered against the Defendant, Ronald E. Jordan, in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) in compensatory damages.

## COUNT II
## WRONGFUL DEATH

17. Plaintiffs incorporate by reference all preceding paragraphs of this complaint as if fully set forth herein.

18. That Defendant Jordan owed a duty to Plaintiff Myisha Henry, as surviving daughter of Donna E. Freeman, as well as all other motorists, passengers and pedestrians on or off the roadways to operate his motor vehicle in a lawful, careful and prudent manner, with that degree of care then and there required under the circumstances as they existed, and to operate the vehicle with that degree of care and skill which a reasonable and prudent person would exercise.

19. As a direct and proximate result of Defendants negligence and breach of his duties owed to Donna M. Freeman, and for which Donna M. Freeman would have been able to maintain an action against Defendant and recover damages had she lived, Donna M. Freeman sustained a fatal injury resulting in her death on October 16, 2023.

20. As a direct and proximate result of Defendants negligence in causing the death of Donna M. Freeman, Plaintiff Myisha Henry, as surviving daughter of Donna E. Freeman, sustained pecuniary loss, mental anguish, emotional pain and suffering, loss of society, loss of companionship, loss of comfort, loss of protection, loss of marital care, loss of attention, loss of advice, loss of counsel, loss of guidance and loss of education.

21. That all of Plaintiffs injuries, losses and damages, past, present and prospective, are due to and by reason of the negligence of Defendant, Ronald E. Jordan, with no lack of due care or negligence on the part of Plaintiff contributing thereto directly or indirectly.

WHEREFORE, the Plaintiff, Myisha Henry, as surviving daughter of Donna E. Freeman, prays that judgment be entered against the Defendant, Ronald E. Jordan, in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) in compensatory damages.

Respectfully submitted,

*/s/ Steve Heisler*
Steven H. Heisler, Esquire  (08698)
Joshua M. Wolberg, Esquire (31283)
Law Offices of Steven H. Heisler
1011 N. Calvert Street
Baltimore, Maryland 21202
(410) 625-4878 (office)
410-659-7111 (fax)
sheisler@injurylawyermd.com
jwolberg@injurylawyermd.com
*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### Northern Division

| | |
|---|---|
| YLON BOOKER, as surviving son of <br> DONNA E. FREEMAN <br> 925 Duck Pond Drive, Apt. 202 <br> Virginia Beach, Virginia 23464 <br><br> and <br><br> MYISHA HENRY, as surviving daughter of <br> DONNA E. FREEMAN <br> 5000 Troy Road <br> Richmond, Virginia  23224 <br><br> Plaintiffs, <br><br> v. <br><br> RONALD E. JORDAN <br> 514 Briar Place <br> Far Rockaway, New York 11691 <br><br> Defendant. | * <br> * <br> * <br> * Civil Action No.: _____ <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS REQUESTS FOR JURY TRIAL

Plaintiffs, Ylon Booker, as surviving son of Donna E. Freeman and Myisha Henry, as surviving daughter of Donna E. Freeman, hereby requests that all issues in this matter be tried before a jury of their peers.

/s/ Steve Heisler
Steven H. Heisler, Esquire  (08698)
Joshua M. Wolberg, Esquire (31283)
Law Offices of Steven H. Heisler
1011 N. Calvert Street
Baltimore, Maryland 21202
(410) 625-4878 (office)
410-659-7111 (fax)
sheisler@injurylawyermd.com
jwolberg@injurylawyermd.com
*Counsel for Plaintiffs*